IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY DAVID DAVIS                                                                   PLAINTIFF

V.                      CIVIL NO. 6:19-cv-06048

PROSECUTOR BLAKE BADSTON;
JUDGE GREG VARDAMAN; DEPUTY
PROSECUTOR DAN TURNER; and
DETECTIVE BRIAN DANIEL                                  DEFENDANTS

## ORDER

The Court has received a Report and Recommendation (ECF No. 10) from United States Magistrate Judge Barry A. Bryant. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's Complaint against all Defendants be dismissed without prejudice. Plaintiff filed timely Objections (ECF No. 11) to the Report and Recommendation. The matter is now ripe for consideration.

The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against all Defendants should be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§1915(e)(2)(B)(i-iii) and 1915A(a).

SO ORDERED this 6th day of August 2019.

                                                                         /s/ Robert T. Dawson
                                                                         ROBERT T. DAWSON
                                                                         SENIOR U.S. DISTRICT JUDGE